458 A.2d 928

In re the JANUARY 25, 1982, MULTI–COUNTY INVESTIGATING GRAND JURY—NOTICE NO. 13.

Petition of Gary KIRKWOOD, Donna Doty, and Frances Morrison.

Supreme Court of Pennsylvania.

Argued April 19, 1983.

Decided April 20, 1983.

David M. McGlaughlin, Alan Ellis, Robert C. Fogelnest, Philadelphia, Peter T. Campana, Williamsport, for petitioner.

Kenneth D. Brown, Dist. Atty., LeRoy Zimmerman, Atty. Gen., William Orbuckle, Harrisburg, for respondent.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

510

## ORDER

PER CURIAM:

Petition denied.